


RECEIVED
IN LAKE CHARLES, LA

MAR - 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20140 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| LEON ANTHONY COLLINS<br>Date of Previous Judgment: August 11, 2006 | : | MAGISTRATE JUDGE KAY<br>USM No: 12761-035 |

### ORDER

Upon the motion of the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is DENIED.

The defendant in this case was previously sentenced to the mandatory minimum.

**IT IS ORDERED** that the parties have ten (10) days from the date of this Order to file any objections which will be considered as contemporaneous objections for the record. In the absence of any objections, this Order will be considered final in ten (10) days from the date of this Order.

Lake Charles, Louisiana, this 3rd day of March, 2008.

cc: USM-LC
USP-LC
FPD
Walter

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
__W__ District of __LA__

RECEIVED
IN LAKE CHARLES, LA

MAR - 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

United States of America )
v. )
Leon Anthony Collins ) Case No: 2:05 CR 20140
) USM No: 12761-035
Date of Previous Judgment: Am. 2/23/06  8/11/06 ) Whitehurst
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ____ to ____ months     Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

Sentenced to mandatory minimum

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/3/08

Effective Date: 3/3/08
(if different from order date)

Judge's signature

Printed name and title

cc: USM-LC
USP-LC
FPD
Walker